UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
COMMUNITY ASSOCIATION
UNDERWRITERS OF AMERICA, INC.,

　　　　　　　　　　　　Plaintiff,　　　　　　ORDER

v.
　　　　　　　　　　　　　　　　　　　7:26-cv-00633-PMH

JILL NEUBERGER,

　　　　　　　　　　　　Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

　　　The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: White Plains, New York
　　　　March 20, 2026

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Philip M. Halpern
　　　　　　　　　　　　　　　　　　　United States District Judge